Claim # 04-5958-B29

Bossier Parish Clerk of Court **C-160435**
Filed Sep 11, 2019 3:55 PM  **1**
Chelsea Poole
Deputy Clerk of Court

| | | |
|---|---|---|
| COLBY SHANDS | * | NUMBER: |
| VERSUS | * | 26TH JUDICIAL DISTRICT COURT |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MARK C. ROSS, EMPLOYERS MUTUAL CASUALTY COMPANY, AND PATTRIDGE POST TENSION, INC., D/B/A PPT, INC. | * | BOSSIER PARISH, LOUISIANA |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff, **COLBY SHANDS**, a person of the legal age of majority and a major resident and domiciliary of Caddo Parish, Louisiana, who respectfully represents:

1.

Made defendants herein are:

A. **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** (herein referred to as "STATE FARM") a Foreign Insurance Company, licensed to do and doing business in the State of Louisiana, who may be served through its agent for service, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

B. **MARK C. ROSS,** alleged on information and belief to be of the legal age of majority and a resident and domiciliary of Hope, Arkansas, who may be served via *Louisiana Long Arm Statute, R.S. 13:3201, pursuant to Section 3204 of Title 13,* at 1818 East Third Street, Hope, Arkansas 71081;

C. **EMPLOYERS MUTUAL CASUALTY COMPANY** (herein referred to as "EMC") a Foreign Insurance Company, licensed to do and doing business in the State of Louisiana, who may be served through its agent for service, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809; and

D. **PATTRIDGE POST TENSION, INC., D/B/A/ PPT, INC.** (herein referred to as "PPT") a Business Corporation, licensed to do and doing business in the State of Louisiana, who may be served through its agent for service, Loreli Lopez, 605 Enchanted Lane, Bossier City, Louisiana 71111.

2.

On or about **September 26, 2018**, plaintiff, COLBY SHANDS, was operating a 2011 Ford, owned by defendant, PPT, INC., in a lawful manner, traveling north on Highway 3, in Bossier Parish with a green traffic light permitting his right of way, when defendant, MARK C. ROSS, turned east on Highway 162 and suddenly, without warning, collided with his vehicle.

A TRUE COPY - ATTEST
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

claim # 04-5958-B29

3.

At all times pertinent herein, COLBY SHANDS, was an authorized driver of the 2011 Ford owned by his employer, the defendant, PPT, INC.

4.

The collision sued on herein is inexplicable without resort to presumption of negligence and applicability of the doctrine of res ispa loquitor, in view of the fact that the vehicle driven by defendant, MARK C. ROSS violently struck plaintiff's vehicle, which presumption and doctrine are especially invoked by plaintiffs herein.

5.

Alternatively, the sole proximate and legal cause of the collision sued on herein was the negligence of MARK C. ROSS. This negligence consisted more particularly, but not exclusively, of his failure to keep a proper lookout, of his failure to keep the vehicle he was operating under proper control, his failure to yield to oncoming traffic; and generally of his failure to exercise the required degree of care commensurate with the existing driving situation. MARK C. ROSS is liable unto plaintiffs under La. C.C. Art. 2315 for the injuries to plaintiff, COLBY SHANDS.

6.

As a result of the incident sued on herein, plaintiff, COLBY SHANDS, sustained severe personal injuries, including, but not limited to, injury to his head, cervical spine and lumbar spine, all of which require intensive, invasive medical care, both in the past and future, the specifics of which will be shown at a trial of this matter.

7.

At the time of the collision sued upon herein, plaintiff, COLBY SHANDS, alleges, on information and belief, that there was in full force and effect one or more policies of public motor vehicle liability insurance issued by defendant, STATE FARM, to and in favor of defendant, MARK C. ROSS, which policy contains, inter alia, liability coverage, applicable herein in light of the extensive damages caused to the plaintiff.

8.

At the time of the collision sued on herein, plaintiff, COLBY SHANDS further alleges, on information and belief, that the defendant, MARK C. ROSS was underinsured. However, at the time of the collision sued upon herein, plaintiff alleges on information and belief, that there was in full force and effect one or more policies of commercial motor vehicle liability insurance issued by defendant, EMPLOYERS MUTUAL CASUALTY COMPANY. to and in favor of plaintiff, COLBY SHANDS, as employee and lawful operator of the vehicle owned by PPT, INC., which policy contains, inter alia, medical payments coverage, liability coverage and UM coverage, all of which are applicable herein in light of the extensive damages caused to plaintiff. Plaintiff is accordingly entitled to recover from defendants, EMC AND PPT, INC., damages as sued for herein to the extent not satisfied by the automobile liability insurance issued in favor of MARK C. ROSS.

9.

Plaintiff, COLBY SHANDS, is entitled to such damages as are appropriate under the circumstances, including the following non-exclusive list:

A. Property Damage;

B. Past and future physical pain and suffering;

C. Past and future mental anguish;

D. Past and future medical expenses;

E. Damages due to residual disability;

F. Loss of enjoyment of life; and

G. Loss of wages.

10.

In accordance with the La. C.C.P. Art. 1572 and 1913, plaintiff requests written notice of any and all assignments of this case for trial, hearing and notice of signing in any and all judgments herein.

11.

It will be necessary to use medical and expert witnesses at the trial of this case, and their fees together with any expense for taking of their depositions should be fixed and taxed as costs.

Claim # 04-5958-B29

12.

Plaintiff reserves their right to amend and/or supplement this petition and to allege additional facts should it become necessary.

13.

There will be a necessity for the full and intelligent preparation of trial for this cause that the defendants produce and file into the record herein certified copies of policies on insurance issued to or by them covering the incident herein, whether as primary, secondary, excess, umbrella, omnibus or other type

**WHEREFORE, PLAINTIFF, COLBY SHANDS, PRAYS:**

1) that after due proceedings are had there be judgment in favor of plaintiff, **COLBY SHANDS**, against defendants, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MARK C. ROSS, EMPLOYERS MUTUAL CASUALTY COMPANY and PATTRIDGE POST TENSION, INC., D/B/A/ PPT, INC.** for all relief supported by the law and evidence;

2) for the granting to plaintiffs of legal interest on all sums awarded from their respective due dates, or alternatively, from the date of judicial demand until paid and casting defendant with all costs of these proceedings, including having any witness fees, expert or otherwise taxed as court costs;

3) that defendant be ordered to file and introduce into the record certified copies of all applicable policies of insurance that were in effect at the time of said accident as required by law; and

4) for all general and equitable relief.

Respectfully submitted,

By:_____
H. Lyn Lawrence, Jr.
Bar Roll No. 22469
3985 Airline Drive
Bossier City, LA 71111
Phone: (318) 741-9595
Fax: (318) 741-9594
ATTORNEY FOR COLBY SHANDS

claim # 04-5958-B29

Bossier Parish Clerk of Court **C-160435**
Filed Sep 11, 2019 3:55 PM   **1**
Chelsea Poole
Deputy Clerk of Court

| | | |
|---|---|---|
| COLBY SHANDS | * | NUMBER: |
| VERSUS | * | 26TH JUDICIAL DISTRICT COURT |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MARK C. ROSS, EMPLOYERS MUTUAL CASUALTY COMPANY, AND PATTRIDGE POST TENSION, INC., D/B/A PPT, INC. | * | BOSSIER PARISH, LOUISIANA |

## ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that defendants, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MARK C. ROSS, EMPLOYERS MUTUAL CASUALTY COMPANY, AND PATTRIDGE POST TENSION, INC. D/B/A/ PPT, INC.**, be ordered to file and introduce into the record certified copies of all applicable policies of insurance and to answer the interrogatories and request for production of documents as required by law.

THUS DONE AND SIGNED this **12** day of September 2019, in Benton, Bossier Parish, Louisiana.

_____
DISTRICT JUDGE

**R. LANE PITTARD**

**SERVICE INFORMATION:**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
through its agent for service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**MARK C. ROSS**
via *Louisiana Long Arm Statute*
1818 East Third Street
Hope, Arkansas 71081

**EMPLOYERS MUTUAL CASUALTY**
through its agent for service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**PATTRIDGE POST TENSION, INC., D/B/A/ PPT, INC.**
through its agent for service
Loreli Lopez
605 Enchanted Lane
Bossier City, Louisiana 71111.

| | | |
|---|---|---|
| COLBY SHANDS | * | NUMBER: |
| VERSUS | * | 26TH JUDICIAL DISTRICT COURT |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MARK C. ROSS, EMPLOYERS MUTUAL CASUALTY COMPANY, AND PATTRIDGE POST TENSION, INC., D/B/A PPT, INC. | * | BOSSIER PARISH, LOUISIANA |

## REQUEST FOR TEN DAYS NOTICE OF SETTING AND NOTICE OF JUDGMENT

Plaintiff, COLBY SHANDS, in the above styled and numbered cause, requests that he be given a minimum of ten (10) days written notice in advance, through his attorney of record, H. LYN LAWRENCE, JR., 3985 Airline Drive, Bossier City, Louisiana, 71111, in accordance with the provisions of Articles 1572, 1913 and 1914 of the Louisiana Code of Civil Procedure, of the date and time this cause is to be fixed for trial, setting or arguments, motions or hearings, and notice of judgment or partial judgment.

Bossier City, Louisiana, this the 11 day of September, 2019.

Respectfully submitted,

By: _____
H. Lyn Lawrence, Jr.
Bar Roll No. 22469
3985 Airline Drive
Bossier City, LA 71111
Phone: (318) 741-9595
Fax: (318) 741-9594
ATTORNEY FOR COLBY SHANDS

FILED
SEP 11 2019

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

Received Time Sep. 24. 2019 9:24PM No. 5144

Claim # 04-5958-B29

COPY D4824850

## CITATION

| COLBY SHANDS | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-160435 | |

TO: MARK C ROSS
VIA LOUISIANA LONG ARM STATUTE
1818 EAST THIRD STREET
HOPE, AR
71081

in the County of _____

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within thirty (30) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

EXPLANATION......................................

You have received a law suit which states why you are being sued. You (as defendant) will have thirty (30) days after you receive this petition to either file an answer (in writing) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:

PETITION FOR DAMAGES

Witness the Honorable Judges of our said Court on the 16TH DAY OF SEPTEMBER, 2019.

JILL M. SESSIONS, CLERK OF COURT

Lauren S. Feller

DEPUTY CLERK

ATTORNEY:
H LYN LAWRENCE
741-9595

A TRUE ATTEST COPY

*Lauren S Feller*

DEPUTY CLERK

claim # 04-5958-B29

D4824843 COPY

## ORDER TO PRODUCE

| COLBY SHANDS | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-160435 | |

TO:  MARK C ROSS
VIA LOUISIANA LONG ARM STATUTE
1818 EAST THIRD STREET
HOPE, AR
71081

OF THE COUNTY OF _____ GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the State of Louisiana and of the Twenty-Sixth Judicial District Court for Bossier Parish, Louisiana, to produce the items listed in the attached pleadings.

AND HEREIN FAIL NOT UNDER PENALTY OF THE LAW. WITNESS THE HONORABLE JUDGE OF OUR SAID COURT, ON THE 16TH DAY OF SEPTEMBER, 2019

JILL M. SESSIONS, CLERK OF COURT

Lauren S. Feller

Deputy Clerk
Bossier Parish, Louisiana

Attorney:  H LYN LAWRENCE
741-9595

A TRUE COPY ATTEST

*Lauren S Feller*

DEPUTY CLERK

Received Time Sep. 24. 2019 9:24PM No. 5144